FILED
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ROLAND M. ABISIA, | Criminal Case No. 96-00089 |
| Defendant-Petitioner, | Civil Case No. 04-00047 |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff-Respondent. | |

Petitioner Roland M. Abisia filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("motion"). Since this was Petitioner's second motion for § 2255 relief, the Court transferred Petitioner's motion to the Ninth Circuit Court of Appeals for Certification to appeal[1]. Petitioner has not yet received certification from the Ninth Circuit to file a second motion, therefore, this Court lacks jurisdiction to consider the present motion per 28 U.S.C. § 2255. Accordingly, petitioner's motion is hereby DISMISSED.

SO ORDERED this 7u day of July, 2005.

Notice is hereby given that this document was
entered on the docket on 7-7-05.
No separate notice of entry on the docket will
be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: Marilyn B. Alcon 7-7-05
Deputy Clerk / Date

Robert M. Takasugi[*]
United States District Judge

---

[1] *See*, Order filed May 3, 2005. Docket No. 60.

[*] The Honorable Robert M. Takasugi, United States Senior District Judge for Central California, by designation